BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA KEENAN and CATHERINE LIEB,<br><br>        Plaintiffs,<br><br>        v.<br><br>ERIC K. SHINSEKI, Secretary of Veterans Affairs;  and DOES 1 THROUGH 50, inclusive,<br><br>        Defendants. | Case No.  2:10-cv-03473 KJM-KJN<br><br>**STIPULATED REQUEST FOR SUPPLEMENTAL BRIEFING ON DEFENDANT'S MOTION TO DISMISS AND TO CONTINUE HEARING DATE; ORDER** |

        Defendant Eric K. Shinseki, Secretary of Veterans Affairs, has filed a motion to dismiss

plaintiffs' first amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Docket 11.  The motion has been fully briefed and is set for hearing on July 13, 2011 at 10:00 a.m.

However, on July 8, 2011, the Secretary became aware of a jurisdictional argument relating to plaintiffs'

Equal Pay Act claims that the Secretary would like the Court to consider in connection with his pending

motion to dismiss.  Specifically, the Secretary will argue that the Court lacks jurisdiction over plaintiffs'

Equal Pay Act claims and that jurisdiction lies with the Court of Federal Claims pursuant to 28 U.S.C.

§ 1491(a)(1) and 28 U.S.C. § 1346(a)(2).

        The Secretary has requested that plaintiffs agree to request supplemental briefing limited to this

jurisdictional issue and to continue the hearing on the pending motion to dismiss to allow for the

supplemental briefing.  Plaintiffs have agreed to the Secretary's request.

1       Accordingly, the parties, by and through their respective counsel, respectfully request that the

2   Court allow supplemental briefing on the Secretary's pending motion to dismiss limited to the issue of

3   whether the Court has jurisdiction over the plaintiffs' Equal Pay Act claims as follows:

4           Secretary's Supplemental Brief Due:          08/17/2011

5           Plaintiffs' Supplemental Opposition Due:    08/31/2011

6           Secretary's Supplemental Reply Due:       09/07/2011

7           Continued Hearing on Motion to Dismiss:    09/14/2011 at 10:00 a.m.

8

9   DATED: July 8, 2011                  Respectfully submitted,

10                            BENJAMIN B. WAGNER

                         United States Attorney

11

12             By:    */s/ Lynn Trinka Ernce*

13                  LYNN TRINKA ERNCE

                Assistant United States Attorney

14

15  DATED: July 8, 2011                WATTS LAW OFFICES

16

17             By:    */s/ Douglas Edward Watts*

                DOUGLAS EDWARD WATTS

18                  Attorney for Plaintiffs

19

20

21                      **ORDER**

22

23  **IT IS SO ORDERED.**

24  DATED: July 11, 2011.

25

26

27  _____

    UNITED STATES DISTRICT JUDGE

28